**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                              CASE NO.  8:09-cr-436-T-26TGW

PATRICK SAUNDERS

_____/

**O R D E R**

**UPON FURTHER REFLECTION**, it is **ORDERED AND ADJUDGED** that

Defendant's *pro se* Motion for Modification Pursuant to Title 18 U.S.C. § 3582(c)(2)

(Dkt. 50) is denied without prejudice.  See United States v. Berry, 701 F. 3d 374, 377

(11th Cir. 2012) (stating that "[t]he problem for [Defendant] is the [Fair Sentencing Act] is

not a guideline amendment by the Sentencing Commission, but rather a statutory change

by Congress, and thus it does not serve as a basis for a § 3582(c)(2) sentence reduction in

[Defendant's] case.").  The Government is relieved of the responsibility of responding to

the motion.

**DONE AND ORDERED** at Tampa, Florida, on January 17, 2019.


___s/*Richard A. Lazzara*_____
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


COPIES FURNISHED TO:
All parties